UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN E. ELI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF MONROVIA and DAVID PASTERNAK, ESQ.,<br><br>　　　　　Defendants. | No. CV 15-1577 SJO (FFM)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint, all the records and files herein, the Report and Recommendation of the United States Magistrate Judge, and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

　　IT IS ORDERED that (1) Defendant City of Monrovia's and Defendant David Pasternak's Motions to Dismiss are GRANTED; and (2) this action is DISMISSED with prejudice.

DATED: April 8, 2016.

　　　　　　　　　　　　　　　　　　　　　*S. James Otero*
　　　　　　　　　　　　　　　　　　　　　─────────────────────
　　　　　　　　　　　　　　　　　　　　　S. JAMES OTERO
　　　　　　　　　　　　　　　　　　　　　United States District Judge