UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN E. ELI, | No. CV 15-1577 SJO (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| CITY OF MONROVIA and DAVID PASTERNAK, ESQ., | |
| Defendants. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff take nothing by his complaint and that the action is dismissed with prejudice.

DATED: April 8, 2016.

_____
S. JAMES OTERO
United States District Judge